IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE WARE,<br>　　　　Petitioner,<br><br>　　vs.<br><br>MARK CAPOZZA, et al.,<br>　　　　Respondents. | Civil Action No. 19-34 |

## ORDER

AND NOW, this 15th day of February, 2019, after the petitioner, Andre Ware, submitted a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the petitioner a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 2), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus submitted by petitioner (ECF No. 1) is transferred forthwith to the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
Peter J. Phipps
United States District Judge

cc: Andre Ware
　　　KY-4284
　　　SCI Fayette
　　　50 Overlook Dr
　　　Labelle, PA 15450